

December 14, 2021

**VIA ECF**
Honorable Judge P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Plaintiff's proposed schedule on his motion for a default judgment is ADOPTED. The December 16, 2021 conference is adjourned to March 21, 2022 at 11:00 a.m. The conference will proceed telephonically.
> Dial-In No.: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 12/15/2021
>
> P. Kevin Castel
> United States District Judge

*Re: Antetokounmpo v. Hatchett et al.*
Civil Case No.: 1:21-cv-06114-PKC

To the Honorable Court:

Our law office represents Plaintiff Giannis Antetokounmpo ("Plaintiff"), in the above-referenced matter. Please allow this letter to serve as Plaintiff's letter-motion seeking the adjournment of the Initial Pretrial Conference scheduled for December 16, 2021, pursuant to Your Honor's Order dated October 6, 2021.

We respectfully submit that Plaintiff has voluntarily terminated the instant action as to Defendants Devere Hatchett, Geoff Strehlow, Joe Page and Charles Ascencio. Following Plaintiff's application, the Court issued a Certificate of Default as to Defendant Edikan Ekanem ("Ekanem") on September 21, 2021. (Docket No. 36)

To date, Defendant Ekanem has not appeared to defend himself by filing an Answer or otherwise responding to the Complaint. Plaintiff respectfully requests the Court's permission to move for a default judgment against Ekanem.

Plaintiff respectfully proposes the following briefing schedule:

OK [
- Plaintiff shall file his Motion for Default Judgment on or before January 10, 2022.
- Defendant shall file his opposition to Plaintiff's Motion for Default Judgment on or before February 7, 2022.
- Plaintiff shall file his reply on or before February 18, 2022.

We respectfully request that the Court grant the instant motion and approve Plaintiff's proposed briefing schedule for his anticipated Motion for Default Judgment against Ekanem.

We thank the Court for its time and consideration to this matter.

                Respectfully submitted,

                **PARDALIS & NOHAVICKA LLP**

                */s/ Anastasi Pardalis*
                Anastasi Pardalis, Esq.
                950 Third Ave, 27th Floor
                New York, NY 10022
                Tel: 212-213-8511
                E: Taso@pnlawyers.com
                *Attorneys for Plaintiff*
                *Giannis Antetokounmpo*