UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO,<br><br>*Plaintiff*,<br><br>-v-<br><br>DEVERE HATCHETT, EDIKAN EKANEM, GEOFF STREHLOW, JOE PAGE, AND CHARLES ASCENCIO,<br><br>*Defendants.* | Civil Case No.: 1:21-cv-06114-PKC<br>Hon. P. Kevin Castel<br><br>ECF Case<br>Electronically Filed<br><br>**NOTICE OF MOTION FOR <u>DEFAULT JUDGEMENT</u>** |

PLEASE TAKE NOTICE that, upon the annexed declaration of Eleni Melekou, Esq., Plaintiff's Memorandum of Law in Support of her Motion for Default Judgement against Defendant EDIKAN EKANEM, and attached exhibits, and all prior papers and proceedings in this case, the Plaintiff GIANNIS ANTETOKOUNMPO, by and through his undersigned attorneys, PARDALIS & NOHAVICKA, LLP, move the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Rule 55.2 (b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for judgement by default against Defendant EDIKAN EKANEM.

Dated: New York, New York
 December 29, 2021

**PARDALIS & NOHAVICKA, LLP**

By:  /s/Eleni Melekou_____
 Eleni Melekou, Esq.
 950 Third Ave, 27th Floor
 New York, New York 10022
 T: (212) 213-8511
 eleni@pnlawyers.com