# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO,<br><br>*Plaintiff*,<br><br>-v-<br><br>DEVERE HATCHETT, EDIKAN EKANEM, GEOFF STREHLOW, JOE PAGE, AND CHARLES ASCENCIO,<br><br>*Defendants.* | Civil Case No.: 1:21-cv-06114-PKC<br>Hon. P. Kevin Castel<br><br>ECF Case<br>Electronically Filed<br><br>**NOTICE OF MOTION FOR**<br>**<u>DEFAULT JUDGEMENT</u>** |

PLEASE TAKE NOTICE that, upon the annexed declaration of Anastasi Pardalis, Esq., Plaintiff's Memorandum of Law in Support of his Motion for Default Judgement against Defendant EDIKAN EKANEM, and attached exhibits, and all prior papers and proceedings in this case, the Plaintiff GIANNIS ANTETOKOUNMPO, by and through his undersigned attorneys, PARDALIS & NOHAVICKA, LLP, move the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Rule 55.2 (b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for judgement by default against Defendant EDIKAN EKANEM.

Dated: New York, New York
     December 30, 2021

                                 **PARDALIS & NOHAVICKA, LLP**

By:    /s/ Anastasi Pardalis_____
                      Anastasi Pardalis
                      *Attorneys for Plaintiff*
                      950 Third Avenue, 27th Floor
                      New York, NY 10022
                      Tel.: 212-213-8511
                      Fax: 718-777-0599
                      taso@pnlawyers.com