UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO,  *Plaintiff*,  -v-  DEVERE HATCHETT, EDIKAN EKANEM, GEOFF STREHLOW, JOE PAGE, AND CHARLES ASCENCIO,  *Defendants.* | Civil Case No.: 1:21-cv-06114-PKC  Hon. P. Kevin Castel  ECF Case  Electronically Filed  **PROPOSED DEFAULT JUDGEMENT** |

This action having been commenced on July 16, 2021, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant EDIKAN EKANEM, on August 11, 2021, by delivering a true copy of each at Defendant's place of residence, proof of service having been filed on August 27, 2021 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant in the liquidated amount of $13,000 with interest at 3.14% from July 16, 2021, amounting to $13,102.23 plus costs and disbursements of this action in the amount of $6,682.41 amounting in all to $19,784.64.

IT IS FURTHER ORDERED, ADJUDGED: That the Defendant is enjoined immediately and permanently from selling, offering to sell, advertising or marketing products bearing the "GREEK FREAK" and "GREEK FR34K" marks and using any mark that is confusingly similar to the marks at issue in connection with the manufacture, promotion, sale and/or offering for sale of any products. The Defendant shall immediately recall all of the products bearing the "GREEK FREAK" and "GREEK FR34K" marks.

Dated: New York, New York
       _____, 2022

                                      _____
                                              U.S.D.J

This document was entered on the docket
On_____.

2

[Title]