UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GIANNIS ANTETOKOUNMPO,<br><br>*Plaintiff,*<br><br>-v-<br><br>DEVERE HATCHETT, EDIKAN EKANEM, GEOFF STREHLOW, JOE PAGE, AND CHARLES ASCENCIO,<br><br>*Defendants.* | 21-cv-06114 (PKC)<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on July 16, 2021, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant EDIKAN EKANEM, on August 11, 2021, by delivering a true copy of each at Defendant's place of residence, proof of service having been filed on August 27, 2021 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant EDIKAN EKANEM in the liquidated amount of $13,000 plus costs and disbursements of this action in the amount of $6,682.41 amounting in all to $19,682.41.

IT IS FURTHER ORDERED, ADJUDGED: That the well-pleaded allegations of the Complaint are admitted by reason of the default and accordingly Defendant EDIKAN EKANEM, his agents, servants, employees, attorneys and all other persons in active concert or participation with him are enjoined immediately and permanently from selling, offering to sell, advertising or marketing products bearing the "GREEK FREAK" and "GREEK FR34K" marks and using any mark that is confusingly similar to the marks at issue in connection with the manufacture, promotion, sale and/or offering for sale of any products.

The Clerk of the Court is directed to terminate the instant motion (Doc 44 and 45) and close the case.

Dated: New York, New York
    January 25, 2022

_____
U.S.D.J